# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Appellee, ) <br> ) <br> vs. ) <br> ) <br> CARL GLENN PLA, ) <br> ) <br> Defendant/Appellant. ) | 02:03-CR-00286-LRH-(LRL) <br> C/A #: 03-10645 <br> <br> <u>ORDER ON MANDATE</u> |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on September 19, 2005, issued its mandate remanding the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 6th day of December, 2005.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE