FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 00014
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for CARL GLEN PLA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CARL GLEN PLA,<br><br>            Defendant. | 2:03-cr-286-LRH-LRL<br><br>**MOTION FOR WAIVER OF DEFENDANT'S PRESENCE FOR RE-SENTENCING** |

      COMES NOW, the Defendant, CARL GLEN PLA, through his counsel, Shari L. Kaufman, Assistant Federal Public Defender, hereby moves this Court for an Order that Mr. Pla's presence be waived for his re-sentencing and that the defendant Pla be allowed to attend this re-sentencing telephonically.

      DATED this 10th day of May, 2006.

                                    FRANNY FORSMAN
                                    Federal Public Defender

                                    /s/ Shari L. Kaufman
                              By:_____
                                    SHARI L. KAUFMAN
                                    Assistant Federal Public Defender

**FACTS AND PROCEDURAL BACKGROUND**

On December 9, 2005, the Court of Appeals for the Ninth Circuit issued a Order remanding the Judgement of defendant Carl Pla. On December, 27, 2005, an Order as to the remand or Mr Pla set a Telephonic Status Conference for January 5, 2006 before this Honorable Court. On January 6, 2006, was held before this Honorable Court. Counsel was advised to provide this Court with a Waiver of Defendant's Presence in regards to re-sentencing and that the defendant be allowed to participate telephonically. See attached as Exhibit A -Defendant Pla's Affidavit.

**CONCLUSION**

Defendant Pla respectfully requests that his presence for the re-sentencing on remand for the instant matter be waived and that he be allowed to be present telephonically for this re-sentencing hearing.

DATED this 10th day of May, 2006.

Respectfully submitted,

/s/ Shari L. Kaufman

———————————————
SHARI L KAUFMAN
Assistant Federal Public Defender
Counsel for Defendant Pla

**IT IS SO ORDERED:**

———————————————
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 10, 2006.