```
                                    ✓ FILED              ___ RECEIVED
                                    ___ ENTERED          ___ SERVED ON
                                                         COUNSEL/PARTIES OF RECORD
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA     AUG 3 1 2010

```
                                    CLERK US DISTRICT COURT
                                       DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

UNITED STATES OF AMERICA

Plaintiff(s),

VS.                                  2:03-CR-286-LRH-LRL

CARL GLEN PLA

Defendant(s),

## ORDER FOR DESTRUCTION OF EXHIBITS

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: __8/30/10__         _____
                                    U.S. DISTRICT JUDGE